In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00169-CR
_____

IRA JOHNSON III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
Jefferson County, Texas
Trial Cause No. 312820

MEMORANDUM OPINION

In this appeal, Ira Johnson III's appellate counsel filed a brief in which he contends no arguable grounds can be advanced to support a decision reversing Johnson's conviction for criminal mischief, a class B misdemeanor. *See* Tex. Penal Code Ann. § 28.03(a), (b)(2) (West Supp. 2017). The record indicates that Johnson represented himself *pro se* during his bench trial, at which time the trial court found him guilty, and then assessed his punishment at 180 days in county jail plus a $1,000

1

fine. After the trial court sentenced Johnson, he filed an appeal and appellate counsel filed a brief on his behalf.

In Johnson's appeal, his counsel field a brief that presents counsel's professional evaluation of the record. In the brief, Johnson's counsel concludes that any further efforts to pursue an appeal would be frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). After receiving Johnson's *Anders* brief, we granted an extension of time to allow Johnson to file a *pro se* response. However, no response was filed.

After reviewing the appellate record and the *Anders* brief filed by Johnson's counsel, we agree with counsel's conclusion that an appeal on the current record would be frivolous. Therefore, it is not necessary that we appoint new counsel to re-brief Johnson's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (requiring the court of appeals to appoint other counsel only if it determines that there were arguable grounds for the appeal). Given our conclusion that no arguable grounds exist to support Johnson's appeal, we affirm the trial court's judgment.[1]

---

[1] Johnson may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on March 1, 2018
Opinion Delivered March 28, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.